

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-14-00008-CV

Chris **STONE,**
Appellant

v.

**TALBERT OPERATIONS, LLC,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00195-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant seeks to appeal a judgment signed on November 18, 2013. The reporter's record was originally due on January 17, 2014. On January 27, 2014, we notified court reporter Steve Turner that the reporter's record was late, and to either file a Notification of Late Record within ten days or the reporter's record within thirty days. The court reporter did not respond to our order, and the reporter's record has not been filed in this court.

It is therefore ORDERED that court reporter Steve Turner file the reporter's record in this court no later than **March 25, 2014**. If the reporter's record is not received by such date, an order may issue directing Steve Turner to appear and show cause why he should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Steve Turner by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court